UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| SAIM SARWAR | ) |
| | ) |
| v. | ) CIVIL NO. 1:20-cv-00486-GZS |
| | ) |
| ASAD KHAQAN | ) |

ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's Order of May 25, 2021, why this action should not be dismissed as to Defendant Asad Khaqan,

IT IS HEREBY ORDERED that this action be and it is DISMISSED.

SO ORDERED.

Dated this 9th day of June, 2021.

/s/ George Z. Singal
George Z. Singal
United States District Judge